IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COACH, INC., AND COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RAJA D. QUINN, AND FAWAZ MUMTAZ, <br><br> Defendants. | **8:16CV338** <br><br> **ORDER OF DISMISSAL** |

Plaintiff states it is not pursuing its claims against Defendant Fawaz Mumtaz. (see audio record, Filing No. 25). Pursuant to the plaintiff's oral motion to dismiss, (Filing No. 24), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that Defendant's claims against Defendant Fawaz Mumtaz are dismissed without prejudice.

October 14, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge