IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COACH, INC., and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> Raja D. Quinn <br><br> Defendant. | 8:16CV338 <br><br> ORDER |

This matter is before the Court on its own motion. Plaintiffs filed their complaint against GT Exhaust, Inc. on July 11, 2016. ([Filing No. 1](#)). Although Defendant Quinn filed an answer, ([filing no. 15](#)), he failed to appear for a court hearing and has otherwise failed to defend the case. A Clerk's Entry of Default was entered against him. ([Filing No. 32](#)). Since that time, no further action has been taken in this case. Accordingly,

IT IS ORDERED that on or before June 9, 2017, Plaintiff shall move for the appropriate remedy under Fed. R. Civ. P. 55, in the absence of which this case will be dismissed for want of prosecution.

Dated this 10th day of May, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge