IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| COACH, INC., and COACH SERVICES, INC., | 8:16CV338 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| RAJA D. QUINN, | |
| Defendant. | |

A hearing was held today to discuss further case progression on resolving the issue of Plaintiffs' damages and, if requested, attorney fees. Plaintiff's counsel attended the hearing. Defendant failed to appear. (Filing No. 44).

Plaintiff's counsel does not believe an evidentiary hearing is necessary for determination of the remaining issues in this case.

Accordingly,

IT IS ORDERED that Plaintiff's written submission in support of its damages and attorney fees claims shall be filed on or before January 8, 2018. Any response by Defendant Quinn shall be filed within 21 days thereafter. If Defendant files a response, Plaintiff may file a reply on or before seven days thereafter.

Dated this 5th day of December, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge